**Jason Edward MYERS, Petitioner–Appellant,**

v.

**SECRETARY, DEPARTMENT OF CORRECTIONS, Attorney General, State of Florida, Respondents–Appellees.**

No. 07–10805.

United States Court of Appeals, Eleventh Circuit.

April 30, 2008.

Craig L. Crawford, George Allen Couture, James T. Skuthan, Rosemary T. Cakmis, Federal Public Defender's Office, Orlando, FL, R. Fletcher Peacock, Jacksonville, FL, for Petitioner–Appellant.

Before BIRCH, DUBINA and HILL, Circuit Judges.

PER CURIAM:

Having carefully considered the record, the briefs of the parties, and having heard oral argument, we **AFFIRM** on the basis of the thorough and well-reasoned opinion of the district court.